

ORDERED in the Southern District of Florida on November 2, 2015.

_Laurel M. Isicoff, Judge_
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION

In Re:

DANIEL HABAKKUK ALEXANDER              Case No. 15-24529-LMI

    Debtor                                          Chapter 7

_____/

### ORDER LIFTING THE AUTOMATIC STAY
### IN FAVOR OF BAYVIEW LOAN SERVICING, LLC

**THIS CASE** came on for hearing on 10/29/2015, upon the Motion for Relief from the Automatic Stay filed by Bayview Loan Servicing, LLC, (Docket Entry 22). For the reasons stated orally and recorded in open Court, it is:

**ORDERED**:

PH # 70410

1

1. Bayview Loan Servicing, LLC, Motion for Relief from the automatic stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at: 20110 SW 123RD DRIVE, MIAMI, FL 33177, legally described as:

   **LOT 34, IN BLOCK 2, OF VILLAS AT CUTLER RIDGE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 109, AT PAGE 85, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. The Order lifting the automatic stay is entered for the sole purpose of allowing Bayview Loan Servicing, LLC, to pursue its lawful in rem remedies as to the above-described property and said creditor shall never seek nor obtain an in personam judgment against the Debtor(s).

4. All communications sent by Bayview Loan Servicing, LLC, in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

# # #

**Order submitted by:**
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email:
FLSD.bankruptcy@phelanhallinan.com

**Stefan Beuge, Esq., Florida Bar No. 68234 is directed to serve copies of this order on the parties listed and file a certificate of service.**

DANIEL HABAKKUK ALEXANDER
20110 SW 123 DR
MIAMI, FL 33177


MARIA YIP, (TRUSTEE)
2 S. BISCAYNE BLVD #2690
MIAMI, FL 33131

PH # 70410                                                    3